UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HOUSING AUTHORITY OF THE CITY OF )<br>BRIDGEPORT, d/b/a PARK CITY )<br>COMMUNITIES )<br>)<br>Defendant. )<br>_____ ) | CIVIL NO.: 3:17cv1922 (JCH)<br><br><br>June 19, 2018 |

## JOINT STATUS REPORT

Plaintiff, United States of America, and Defendant, the Housing Authority of the City of Bridgeport (HACB), by and through undersigned counsel, hereby file this Joint Status Report. As detailed in the parties' Joint Motion for Extension of Discovery Deadlines [doc. 33], filed on June 8, 2018, the parties have commenced discovery, while also discussing what information would be required for productive settlement discussions.

Specifically, the parties have exchanged initial disclosures and held two settlement scheduling conferences with Magistrate Judge Sarah A.L. Merriam. On April 18, 2018, the United States propounded its first set of interrogatories and requests for production on HACB. On June 8, 2018 the parties jointly filed for the extension of discovery deadlines, and this court approved the extension of time on June 13, 2018.

The new discovery timeline required HACB to begin production of documents by June 12, 2018, and to produce additional documents and its interrogatory responses by June 18, 2018. To date, HACB has not produced any documents or interrogatory responses. Counsel for HACB has advised Plaintiff's counsel that production has been delayed due to the extensive number of

1

documents requested and the limited staff at HACB and/or counsel's office.  Counsel for HACB has apprised Plaintiff's counsel of the status of each of the document requests and represents that HACB will begin producing documents tomorrow, with additional documents to be produced early next week.  The United States is concerned that HACB is continuing to request extensions and failing to meet the extended deadlines.  Accordingly, the United States respectfully requests a telephonic status conference with the court to prevent the further delay of production.

Respectfully Submitted,

THE PLAINTIFF, UNITED STATES OF AMERICA

/s/    *Ndidi Moses*
Ndidi Moses   (ct27456)
Assistant United States Attorney
U.S. Attorney's Office
157 Church Street, 25th Floor
New Haven, CT 06510
Tel: (203) 821-3700
Fax: (203) 773-5373
Email: ndidi.moses@usdoj.gov

/s/  *Anna Purinton*
JOHN M. GORE
Acting Assistant Attorney General
SAMEENA SHINA MAJEED
Chief
ANDREA K. STEINACKER
Special Litigation Counsel
ANNA G. PURINTON, phv09326
Trial Attorney
Civil Rights Division
Housing and Civil Enforcement Section
950 Pennsylvania Ave., NW – G St.
Washington, DC 20530
Tel: (202) 305-1857
Fax: (202) 514-1116
Email: anna.purinton@usdoj.gov

THE DEFENDANT, PARK CITY COMMUNITIES D/B/A THE BRIDGEPORT HOUSING AUTHORITY
By:
/s/ *Jennifer L. Schancupp*
Jennifer L. Schancupp Jackson Lewis P.C.
90 State House Square
8th Floor
Hartford, CT 06103
Direct: (860) 331-1565 | Main: (860) 522-0404
Email: SchancuJ@jacksonlewis.com

## CERTIFICATION OF SERVICE

      The undersigned hereby certifies that, on June 19, 2018, a copy of the foregoing was filed electronically.  Notice of this filing will be sent by email to all parties of record by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

                                /s/ *Anna Purinton*_____
                                Anna Purinton